IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | CIVIL NO. 14-00423 JMS-RLP |
| SHIGEO MINAMOTO, | U.S. Bankruptcy Court-Hawaii Case No. 12-01410 |
| Debtor. | |
| | Adversary Proceeding No. 14-90041 |
| DANE S. FIELD, Chapter 7 Trustee, | |
| Plaintiff, | ORDER ADOPTING THE RECOMMENDATION TO WITHDRAW REFERENCE IN ORDER TO SCHEDULE AND CONDUCT JURY TRIAL |
| vs. | |
| HARRISON FARM LUKE, Individually and as Trustee of the Harrison F. Luke Revocable Trust dated March 23, 1995; and VICKY Y. EBESU, | |
| Defendants. | |

**ORDER ADOPTING THE RECOMMENDATION TO WITHDRAW REFERENCE IN ORDER TO SCHEDULE AND CONDUCT JURY TRIAL**

On September 22, 2014, following confirmation that the parties intend to proceed to a jury trial, United States Bankruptcy Judge Robert J. Faris recommended that this court withdraw the reference of this adversary proceeding for the purpose of scheduling a jury trial and associated deadlines. Doc. No. 1, Recommendation to District Court to Withdraw Reference in Order to Schedule and Conduct Jury Trial at 2. Judge Faris further recommended that this case

remain in the bankruptcy court for all other purposes until sixty days prior to the trial date in order to facilitate a prompt resolution of this matter and permit him to set meaningful deadlines for the completion of all pretrial matters.  *Id.*

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 157(c)(1) and Rule 9033(d) of the Federal Rules of Bankruptcy Procedure, the Recommendation to District Court to Withdraw Reference in Order to Schedule and Conduct Jury Trial is ADOPTED.

Magistrate Judge Puglisi shall issue a Scheduling Order setting a trial date and deadlines for trial-related submissions.  Judge Faris shall retain jurisdiction for all other purposes until sixty days prior to the trial date to facilitate prompt resolution of this matter and to set meaningful deadlines for the completion of all pretrial matters.

IT IS SO ORDERED.

DATED:  September 22, 2014.



    /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*In re: Shigeo Minamoto, Debtor/Dane S. Field v. Harrison Farm Luke, et al.*, Civ. No. 14-00423 JMS-RLP, Order Adopting the Recommendation to Withdraw Reference in Order to Schedule and Conduct Jury Trial

2